# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Abril VAZQUEZ,<br><br>　　　　　　Defendant. | Case No.: 23MJ8291-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 1, 2023, within the Southern District of California, defendant, Abril VAZQUEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Andrew Gonzales
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd day of May, 2023.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Abril VAZQUEZ

**STATEMENT OF FACTS**

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Andrew Gonzales.

On May 1, 2023, at approximately 7:10 a.m., Abril VAZQUEZ (VAZQUEZ), a United States Citizen, attempted to make entry into the United States at the Calexico, California, East Port of Entry as the driver and sole occupant of a red 2012 Nissan Juke bearing California license plates (Nissan).

During pre-primary operations, CBPO Marino along with his Human and Narcotics Detection Dog (HNDD) screened the Nissan. The HNDD alerted to the trunk area of the Nissan. CBPO Marino relayed this information to CBPO M. Ponce.

CBPO M. Ponce asked VAZQUEZ what her purpose was for entering the United States to which VAZQUEZ answered: "To go to work in Calexico." CBPO M. Ponce received a negative customs declaration. During questioning, CBPO Ceja inspected the front door of the Nissan and discovered white packages wrapped in plastic cellophane. At this time, CBPO Ceja escorted VAZQUEZ to the vehicle secondary office for processing while the Nissan was taken to the Vehicle Secondary (VS) lot for further inspection.

3

Once in the VS inspection lot, the Nissan was put through the Z-portal operated by CBPO Meza. CBPO Meza observed anomalies within the quarter panels, doors, rear bumper and spare tire of the Nissan.

CBPO Avalos requested a canine sniff of the vehicle. CEO Martinez along with his assigned Human Narcotics Detector Dog (HNDD) conducted a canine sniff of the vehicle resulting in a positive alert on the rear driver side rocker panel.

A further inspection of the Nissan resulted in the discovery of packages concealed in all four vehicle doors, the rear bumper, trunk and spare tire of the Nissan. A total of 90 packages containing a crystal-like substance with a total weight of 41.02 kilograms were in the Nissan. CBPO Ceja tested one random package containing the crystal-like substance, which tested positive for properties of methamphetamine.

VAZQUEZ was advised of her Miranda rights in the English language. VAZQUEZ stated she understood her rights and was willing to answer questions without the presence of an attorney. VAZQUEZ admitted she was aware narcotics were concealed inside her vehicle. VAZQUEZ also admitted she was attempting to smuggle the narcotics from Mexico into the United States and was going to be paid $4,000 USD for her services.

VAZQUEZ was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance and booked into the El Centro GEO Detention Center to await initial appearance.